**LAW OFFICES OF DAVID H. GREENBERG**
DAVID H. GREENBERG - State Bar No. 37950
R. SCOTT HOUTZ - State Bar No. 180061
shoutz@caltrialpros.com
6100 Wilshire Boulevard, Suite 1170
Los Angeles, California 90048
Telephone No.:  (323) 782-0500
Fax No.:  (323) 782-0543

**Attorneys for Plaintiff**
ROBERT W. GREEN

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT W. GREEN,<br><br>        Plaintiff,<br><br>vs.<br><br>BECHTEL CORPORATION; BECHTEL CONSTRUCTION COMPANY; and DOES 1 through 100, inclusive,<br><br>        Defendants.<br>_____ | Case No.: C12-00055 CW<br><br>**STIPULATION AND ORDER TO VOLUNTARILY DISMISS ACTION WITH PREJUDICE** |

## STIPULATION

Plaintiff ROBERT W. GREEN and defendant BECHTEL CONSTRUCTION COMPANY hereby stipulate that all of Plaintiff's claims against Defendants in the above-captioned matter be voluntarily dismissed with prejudice, without costs or fees awarded to either party, pursuant to the parties' settlement agreement in this matter.

IT IS SO STIPULATED.

DATED: August 17, 2012   LAW OFFICES OF DAVID H. GREENBERG

By:   /s/   R. Scott Houtz
R. Scott Houtz
Attorneys for Plaintiff
ROBERT W. GREEN

DATED: August 17, 2012   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By:   /s/  Thomas M. McInerney
Thomas M. McInerney
Attorneys for Defendant
BECHTEL CONSTRUCTION COMPANY

## **ORDER**

Based on the foregoing stipulation between the parties, it is hereby ordered that the above-entitled matter be dismissed with prejudice, without costs or fees awarded to either party.

IT IS SO ORDERED.

DATED:   8/23/2012

Honorable Claudia Wilken